UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re   Case No. 13-31139-DHW
        Chapter 13

LETRISSA D. WELLS,

   Debtor.

## ORDER SUSTAINING OBJECTION TO CLAIM

The debtor filed an objection (Doc. # 27) to Claim #16 of Jefferson Capital Systems, LLC. The objection came on for hearing on November 30, 2015. For the reasons stated in open court, it is

ORDERED that the Objection is SUSTAINED, and the claim is allowed as secured in the amount of $3,900.00. Any amount remaining is allowed as a general, unsecured claim.

Done this 1st day of December, 2015.

Dwight H. Williams, Jr.
United States Bankruptcy Judge

c: Debtor
   Richard D. Shinbaum, Attorney for Debtor
   Jefferson Capital Systems, LLC
   Curtis C. Reding, Trustee