UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                           Case No. 13-31139-DHW
                                                                Chapter 13
LETRISSA D. WELLS,

    Debtor.


# ORDER GRANTING MOTION TO APPROVE SETTLEMENT

Debtor filed a Motion to Approve Settlement (Doc. #37). The motion came on for hearing on May 2, 2016, after due notice to the debtor and all creditors. In accordance with the ruling from the bench in open court, it is

ORDERED that the motion is GRANTED and the settlement agreement is APPROVED.

Done this 2nd day of May, 2016.

/s/ Dwight A. Williams, Jr.

Dwight H. Williams, Jr.
United States Bankruptcy Judge

c:    Debtor
      Richard D. Shinbaum, Attorney for Debtor
      Curtis C. Reding, Trustee
      Bankruptcy Administrator