IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:

LETRISSA D WELLS
SSN: XXX-XX-6957

Debtor(s)

Case No. 13-31139-DHW
Chapter 13

**PURSUANT TO LBR 9007-1, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 21 DAYS OF THE DATE OF SERVICE. Responses must be filed electronically with the Clerk or by U.S. Mail addressed to: Clerk of the Bankruptcy Court, One Church Street, Montgomery, AL 36104**

## TRUSTEE'S OBJECTION TO CLAIM OF EXEMPTIONS

COMES NOW, the Trustee, by and through the undersigned counsel, and objects to the debtor(s) claim of exemptions. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on May 03, 2013.
2. The debtor(s) §341 Meeting of Creditors was held June 17, 2013.
3. This objection is timely filed pursuant to Federal Bankruptcy Rule 4003(b).
4. The debtor(s) has claimed personal property exemptions pursuant to §6-10-6, Code of Alabama, that exceed the §6-10-6 limit.

WHEREFORE, the above premises considered, Trustee respectfully requests the Court deny the debtor(s) claim of exemptions as filed.

Respectfully submitted this Thursday, 5 May, 2016.

| | |
|---|---|
| Office of the Chapter 13 Trustee<br>P.O. Box 173<br>Montgomery, AL 36101-0173<br>Phone: (334)262-8371<br>Fax: (334)262-8599<br>email: Ch13Trustee@ch13mdal.com | By: /s/ *Curtis C. Reding*<br>Curtis C. Reding<br>Chapter 13 Trustee |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served copies of the foregoing Trustee's Objection to Exemptions on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this Thursday, 5 May, 2016.

Copy to: DEBTOR(S)
RICHARD D SHINBAUM

/s/ Curtis C. Reding

Curtis C. Reding
Chapter 13 Trustee