UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re                                              Case No. 13–31139
                                                   Chapter 13
Letrissa D Wells

    Debtor

# ORDER

This case is before the court on the following matter:

**44** – Rule 9007 Motion/Notice/Objection: Trustees Objection to Claim of Exemption filed by Curtis C. Reding on behalf of Curtis C. Reding. Responses due by 05/30/2016. (Reding, Curtis)

It appears that notice has been given pursuant to LBR 9007–1 and that no response has been filed. Accordingly, it is

**ORDERED,** that the motion/objection is **GRANTED** according to the terms stated.

Done this 31st day of May, 2016.

*Dwight A. Williams, Jr.*

Dwight H. Williams Jr.
United States Bankruptcy Judge