## UNITED STATES BANKRUPTCY COURT
### Middle District of Alabama

In re

Case No. 13–31139
Chapter 13

Letrissa D Wells

    Debtor

## ORDER

    This case is before the court on the following matter:

*44* – Rule 9007 Motion/Notice/Objection: Trustees Objection to Claim of Exemption filed by Curtis C. Reding on behalf of Curtis C. Reding. Responses due by 05/30/2016. (Reding, Curtis)

    It appears that notice has been given pursuant to LBR 9007–1 and that no response has been filed. Accordingly, it is

    **ORDERED,** that the motion/objection is **GRANTED** according to the terms stated.

Done this 31st day of May, 2016.

*Dwight H. Williams, Jr.*

Dwight H. Williams Jr.
United States Bankruptcy Judge

In re:                                                                Case No. 13-31139-DHW
Letrissa D Wells                                                      Chapter 13
        Debtor              **CERTIFICATE OF NOTICE**

District/off: 1127-2          User: admin              Page 1 of 2            Date Rcvd: May 31, 2016
                             Form ID: ADI9007          Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 02, 2016.
db          +Letrissa D Wells,    3945 Dilworth Rd,    Montgomery, AL 36108-4911
2902965     +(SOUTH) THE HEALTH CARE AUTHORITY FOR BAPTIST HEAL,    c/o CHAMBLESS-MATH & CARR, PC,
             P.O. BOX 230759,    MONTGOMERY, AL 36123-0759
2842752     +AARONS RENTALS,    2850 E. SOUTH BLVD,    Montgomery, AL 36116-2514
2842753     +AARONS RENTALS,    3452 Atlanta Hwy,    Montgomery, AL 36109-2704
2857189     +ADVANCED SURGICAL ASSOCIATES, P.C.,    c/o CHAMBLESS-MATH & CARR, PC,    PO BOX 230759,
             MOTNGOMERY, AL 36123-0759
2842755     +ALABAMA ER,    1600 7TH AVE,    Birmingham, AL 35233-1711
2842757     +ALABAMA ER ADMIN,    PO BOX 11047,    Birmingham, AL 35202-1047
2842756     +ALABAMA ER ADMIN,    P.O. BOX 4419,    Woodland Hills, CA 91365-4419
2842758     +ALABAMA ER ADMIN,    C/O CMRE FINANCIAL,    3075 E. IMPERIAL HWY. STE 200,    Brea, CA 92821-6753
2842759      Cambridge Park Apartments,    2259 Bonaparte Blvd,    Montgomery, AL 36116-2402
2842760     +Chip Ellis,    3040 Eastern Blvd,    Montgomery, AL 36116-1518
2842761     +DEPARTMENT OF EDUCATION,    SUPERVISOR, LITIGATION DIV.,    50 UNITED NATIONS PLAZA,
             SAN FRANCISCO, CA 94102-4912
3333170     +Dealerindustry.com, LLC d/b/a Automotive Capital,    2295 S Hiawassee Rd Suite 410,
             Orlando, FL 32835-8747
2842762      Department of Education,    P O BOX 740283,    Atlanta, GA 30374-0283
2842763     +Dr. Edward Reed,    2024 Chestnut Street,    Montgomery, AL 36106-1111
2842749      EQUIFAX INFORMATION SERVICES LLC,    P.O. BOX 740241,    Atlanta, GA 30374-0241
2842751      EXPERION,    P.O. BOX 9701,    Allen, TX 75013-9701
2842764      Enhanced Recovery,    Dept 0063,    Palatine, IL 60055-0063
2842765     +HOLLOWAY AND MOXLEY, LLP,    PO BOX 4953,    Montgomery, AL 36103-4953
2842766     +HOLLOWAY CREDIT SOLUTI,    1286 CARMICHAEL WAY,    MONTGOMERY, AL 36106-3645
2842768    ++KNOLOGY INC,    1241 O G SKINNER DRIVE,    WEST POINT GA 31833-1789
            (address filed with court: knology,    P.O. Box 756,    West Point, GA 31833)
2842767     +Knology,    3173 Taylor Road,    Montgomery, AL 36116-6504
2842769     +MONTGOMERY ANESTHESIA ASSOC.,    1725 Pine Street,    MONTGOMERY, AL 36106-1109
2858500     +Montgomery Anesthesia Associates, P.C.,    C/O Zack M. Azar,    Azar & Azar, P.C.,
             4276 Lomac Street,    Montgomery AL 36106-3604
2842770      PENTAGROUP FINANCIAL,    6341 INDUCON DRIVE EAST,    Sanborn, NY 14132-9097
2842771     +SPRINT GARNISHMENT SERVICES,    ATTN: KSOPT0101-Z2750,    6391 SPRINT PARKWAY,
             Overland Park, KS 66251-6100
2842750      TRANSUNION CONSUMER SOLUTIONS,    P.O. BOX 2000,    CHESTER, PA 19022-2000
2842773      U S Dept  Education, Federal Student Aid,    Disability Discharge Loan Servicing Ctr,
             P O Box 5200,    Greenville, TX 75403-5200
2842774      U S Deptartment of Education,    P O Box 7202,    Utica, NY 13504-7202
2842775     +US Department of Education,    121 South 13th St,    Lincoln, NE 68508-1904
2925646     +Wells Fargo Bank,    PO Box 63491 MAC A0143-042,    San Francisco, Ca 94163-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
2842754       E-mail/Text: amscbankruptcy@adt.com May 31 2016 21:16:24     ADT SECURITY SERVICES,
             PO BOX 371490,    Pittsburgh, PA 15250-7490
2907677     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM May 31 2016 21:15:28     Asset Acceptance LLC,
             P.O. Box 2036,    Warren Mi 48090-2036
3377982       E-mail/Text: JCAP_BNC_Notices@jcap.com May 31 2016 21:15:48     JEFFERSON CAPITAL SYSTEMS LLC,
             PO BOX 7999,    ST CLOUD MN 56302
2863057     +E-mail/Text: electronicbkydocs@nelnet.net May 31 2016 21:15:41
             Nelnet on behalf of the U.S. Dept. of ED,    US Department of Education,
             3015 South Parker Road, Suite 400,    Aurora, CO 80014-2904
2881342       E-mail/Text: bnc-quantum@quantum3group.com May 31 2016 21:15:26
             Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
2842772       E-mail/Text: appebnmailbox@sprint.com May 31 2016 21:15:29     SPRINT PCS,    PO BOX 219554,
             Kansas City, MO 64121
2867193       E-mail/Text: appebnmailbox@sprint.com May 31 2016 21:15:29     Sprint Nextel,
             Attn Bankruptcy Dept,    PO Box 7949,    Overland Park KS 66207-0949
                                                                                    TOTAL: 7


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
             (address filed with court: JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,
              ST CLOUD, MN  56302-9617)
                                                                           TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

                  ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2016                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2016 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Curtis C. Reding    trustees_office@ch13mdal.com
              Richard D. Shinbaum    on behalf of Debtor Letrissa D Wells rshinbaum@smclegal.com,
               smclegalecf@gmail.com
                                                              TOTAL: 3